IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKEPOINT LAND GROUP, LLC, | ) |
|     Plaintiff, | ) Case No. 1:23-cv-1553-JEB |
| v. | ) |
| INTERNAL REVENUE SERVICE, | ) |
|     Defendant. | ) |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT**

COMES NOW Plaintiff LakePoint Land Group, LLC, and Defendant Internal Revenue Service (the "Service") and pursuant to 5 U.S.C. § 552(a)(4)(C) and Fed. R. Civ. P. 6(b)(1)(A), jointly move for an enlargement of time, up to and including October 6, 2023, for Defendant to file its answer to Plaintiff's complaint. As good cause therefore, the parties state as follows:

1. Under 5 U.S.C. § 552(a)(4)(C), the Court may extend the time for a defendant in a Freedom of Information Act ("FOIA") case to file an answer for "good cause shown."

2. Under Fed. R. Civ. P. 6(b)(1)(A), the Court may extend the time to act for good cause, if the request is made "before the original time or its extension expires."

3. The Service's answer was originally due on July 3, 2023. *See* 5 U.S.C. § 552(a)(4)(C); Fed. R. Civ. P. 6(a)(1)(C). The Service then moved for an extension of 60 days to answer the complaint, to September 1, 2023. *See* Dkt. No. 8. The Court granted the Service's motion in a Minute Order dated July 3, 2023.

4. Currently, the parties are attempting to meaningfully discuss ways to narrow or resolve the issues in the FOIA litigation.

5. Consequently, the undersigned counsel respectfully request an enlargement of time, up to and including Friday, October 6, 2023.

## Conclusion

For the foregoing reasons, the parties respectfully request that the Court enlarge the time for the Service to file its answer, up to and including Friday, October 6, 2023.

Dated: September 1, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER
Virginia Bar No. 81953
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 598-7821 (telephone)
(202) 514-6866 (facsimile)
Kieran.O.Carter@usdoj.gov
*Attorney for the Internal Revenue Service*

*/s/ Rod J. Rosenstein*
ROD J. ROSENSTEIN
D.C. Bar No. 432439
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Suite 900
Washington, DC 20006
Telephone: (202) 737-0500
*Attorney for LakePoint Land Group, LLC*