IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKEPOINT LAND GROUP, LLC, | Case No. 1:23-cv-1553-JEB |
| Plaintiff, | |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

**MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

COMES NOW Defendant Internal Revenue Service (the "Service") and pursuant to 5 U.S.C. § 552(a)(4)(C) and Fed. R. Civ. P. 6(b)(1)(A), moves for an extension of time of 60 days, up to and including January 16, 2024, for Defendant to file its answer to Plaintiff's complaint. As good cause therefore, the Service states as follows:

1. Under 5 U.S.C. § 552(a)(4)(C), the Court may extend the time for a defendant in a Freedom of Information Act ("FOIA") case to file an answer for "good cause shown."

2. Under Fed. R. Civ. P. 6(b)(1)(A), the Court may extend the time to act for good cause, if the request is made "before the original time or its extension expires."

3. After moving several times for an extension of time (*see* Dkt. Nos. 8, 10, 11, 12), including the joint motion to extend initially filed in this case, the Service's answer is due November 17, 2023. The Service has timely moved for a series of extensions of time to file an answer in this case. Fed. R. Civ. P. 6(a)(1)(C).

4. Based on conversations with the Service and with counsel for Plaintiff, the undersigned attorney now expects a stipulation of dismissal to be entered in this case on or before January 16, 2024.

1

5. Counsel for Plaintiff consents to the extension.

6. Consequently, the undersigned attorney respectfully requests an enlargement of time, up to and including Tuesday, January 16, 2024.

## Conclusion

For the foregoing reasons, the parties respectfully request that the Court extend the time for the Service to file its answer, up to and including Tuesday, January 16, 2024.

Dated: November 17, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER
Virginia Bar No. 81953
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 598-7821 (telephone)
(202) 514-6866 (facsimile)
Kieran.O.Carter@usdoj.gov
*Attorney for the Internal Revenue Service*